UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| Callpod, Inc., | |
|     Plaintiff, | |
| v. | Case Number: 06-CV-4961 |
| GN Netcom, Inc., GN Netcom, A/S, GN Store Nord, A/S (a/k/a GN Great Nordic, Ltd.), and Hello Direct, Inc. | Judge Virginia Kendall |
|     Defendants. | |
| GN Netcom, Inc., | |
|     Counterplaintiff, | |
| Callpod, Inc., | |
|     Counterdefendant. | |

## MOTION FOR DEFAULT JUDGMENT
## AGAINST GN NETCOM, A/S AND HELLO DIRECT, Inc.

NOW COMES Plaintiff CALLPOD, INC., by and through its attorneys, and moves this Court for entry of default judgment against Defendants GN Netcom, A/S and Hello Direct, Inc. In support of the motion, Plaintiff states:

1. On January 12, 2007, Dean Kakos, Corporate Secretary of Hello Direct, Inc., executed a Waiver of Service of Summons in this case. A copy of the waiver is attached hereto as *Exhibit A*.

2. On January 16, 2007, Toon Bouten, President and CEO of GN Netcom, A/S also executed a Waiver of Service of Summons. A copy of the waiver is attached hereto as *Exhibit B*.

3. Both waivers contain the following acknowledgement: "I understand that a judgment may be entered against me (or the party on whose behalf I am acting) if an answer or motion under Rule

12 is not served upon you within 60 days after 01/05/07 or within 90 days after that date if the request was sent outside the United States."

4. The request for waiver in both instances was sent to the attorneys representing GN Netcom, Inc., the wholly owned subsidiary of GN Netcom, A/S. Thos attorneys were sent the requests at their offices in the United States.

5. Both waivers were filed with this Court in February 2007.

6. March 6, 2007 is the 60th day from January 5, 2007.

7. No answer or motion under Rule 12 has yet been served upon the attorneys representing Callpod, Inc.

**WHEREFORE**, Plaintiff CALLPOD, INC. respectfully prays this Court to enter a default judgment on the issue of liability against Defendants GN Netcom, A/S and Hello Direct, Inc. and that the Court set a date for prove up of damages. CALLPOD, INC. asks for such other and further relief as may be just.

> Respectfully submitted,
>
> CALLPOD, INC.
>
> By:
> /s/ Forrest L. Ingram
> One of Plaintiff's attorneys

Forrest L. Ingram #3129032
Forrest L. Ingram, P.C.
79 W. Monroe St., Suite 1210
Chicago, IL 60603
(312) 759-2838