Order )UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| Callpod, Inc.,<br><br>    Plaintiff,<br><br>v.<br><br>GN Netcom, Inc., GN Netcom, A/S,<br>GN Store Nord, A/S (a/k/a GN Great<br>Nordic, Ltd.), and Hello Direct, Inc.<br><br>    Defendants. | Case Number: 06-CV-4961<br><br>Judge Virginia Kendall |

## ORDER GRANTING MOTION FOR DEFAULT JUDGMENT AGAINST GN NETCOM, A/S AND HELLO DIRECT, Inc.

THIS MATTER CAME TO BE HEARD on the motion of Plaintiff CALLPOD, INC., for entry of default judgment against Defendants GN Netcom, A/S and Hello Direct, Inc. Due notice having been given, and the Court having taken judicial notice that neither Hello Direct, Inc., nor GN Netcom, A/S has filed an answer or otherwise pled within the time set forth in the Waiver of Service of Summons, and being otherwise fully advised in the premises,

IT IS ORDERED: Default judgment as to liability is entered against Defendants Hello Direct, Inc. and GN Netcom, A/S. Prove up of damages is set for _____, 2007 at _____ without further notice.

Dated:                                    BY THE COURT

                                          _____
                                          The Honorable Virginia Kendall
                                          District Court Judge

This order was prepared by
Forrest L. Ingram, P.C.