**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| **Callpod, Inc.,** ) | |
| **Plaintiff,** ) | |
| v. ) | **Case Number:  06-CV-4961** |
| **GN Netcom, Inc., GN Netcom, A/S,** ) | **Judge Virginia Kendall** |
| **GN Store Nord, A/S (a/k/a GN Great** ) | **Magistrate Judge Geraldine Soat Brown** |
| **Nordic, Ltd.), and Hello Direct, Inc.,** ) | |
| **Defendants.** ) | |
| ) | |
| **GN Netcom, Inc., GN Netcom, A/S, and** ) | |
| **Hello Direct, Inc.,** ) | |
| **Counterclaim Plaintiffs,** ) | |
| v. ) | |
| **Callpod, Inc.** ) | |
| **Counterclaim Defendant.** ) | |

**CALLPOD'S MOTION FOR ISSUANCE OF LETTER ROGATORY SEEKING
DISCOVERY FROM RTX TELECOM A/S**

Callpod seeks discovery of documents and testimony related to the design and development of the accused products in this litigation from third party RTX Telecom A/S ("RTX").  The information Callpod seeks from RTX is directly relevant to claims and defenses in this action and Defendants have repeatedly identified RTX as having relevant documents and information.  Defendants even issued their document retention notice to RTX.  Callpod therefore asks this Court to issue the attached Letter Rogatory directed to the appropriate Danish authorities that have the power to request the testimony and documents from RTX.

K&E 12439487.1

2

Date: February 11, 2008        s/ Alison Aubry Richards
Russell E. Levine, P.C. (#6193834)
Michael A. Parks (#6217230)
Alison Aubry Richards (#6285669)
KIRKLAND & ELLIS LLP
200 East Randolph Drive
Chicago, Illinois 60601
Telephone: (312) 861-2000
Facsimile: (312) 861-2200

*Counsel for Plaintiff Callpod, Inc.*

## CERTIFICATE OF COMPLIANCE WITH LOCAL RULE 37.2

Counsel for Callpod, Alison Aubry Richards, discussed the need for discovery from RTX Telecom, A/S with Defendants' counsel, Monty Agarwal and Aaron Schur, on February 7, 2008. Although Defendants' counsel represented that they did not oppose Callpod obtaining discovery from RTX Telecom, A/S, a letter rogatory is still required from this Court for obtaining discovery from RTX Telecom, A/S, which is in Denmark.

s/ Alison Aubry Richards

## CERTIFICATE OF SERVICE

I hereby certify that on February 11, 2008, a true and correct copy of the present **CALLPOD'S MOTION FOR ISSUANCE OF LETTER ROGATORY SEEKING DISCOVERY FROM RTX TELECOM, A/S** was deposited in U.S. mail and sent via email to:

    Monty Agarwal, Esq.
    Aaron Samuel Schur, Esq.
    BINGHAM MCCUTCHEN LLP
    Three Embarcadero Center
    San Francisco, CA 94111
    Telephone: (415) 393-2376
    Facsimile: (415) 393-2286
    Email: monty.agarwal@bingham.com
    aaron.schur@bingham.com

    Terrence Patrick Canade, Esq.
    LORD BISSELL & BROOK
    111 South Wacker Drive
    Chicago, IL 60606
    Telephone: (312) 443-1862
    Facsimile: (312) 896-6562
    Email: tcanade@lordbissell.com

    s/ Alison Aubry Richards

*Attorney for Plaintiff Callpod, Inc.*

K&E 12439487.1