**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| **Callpod, Inc.,** ) | |
|       **Plaintiff,** ) | |
|       v. ) | **Case Number: 06-CV-4961** |
| **GN Netcom, Inc., GN Netcom, A/S,** ) | **Judge Virginia Kendall** |
| **GN Store Nord, A/S (a/k/a GN Great** ) | **Magistrate Geraldine Soat Brown** |
| **Nordic, Ltd.), and Hello Direct, Inc.,** ) | |
|       **Defendants.** ) | |
| ) | |
| **GN Netcom, Inc., GN Netcom, A/S, and** ) | |
| **Hello Direct, Inc.,** ) | |
|       **Counterclaim Plaintiffs,** ) | |
|       v. ) | |
| **Callpod, Inc.** ) | |
|       **Counterclaim Defendant.** ) | |

**CALLPOD'S NOTICE OF DISMISSAL OF GN STORE NORD**

IT IS HEREBY noticed by Plaintiff Callpod, Inc., that all claims in this case are hereby dismissed without prejudice against GN Store Nord, A/S pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i).

Date: February 27, 2008

                                                      s/Alison Aubry Richards
                                                    Russell E. Levine, P.C. (#6193834)
                                                    Michael A. Parks (#6217230)
                                                    Alison Aubry Richards (#6285669)
                                                    KIRKLAND & ELLIS LLP
                                                    200 East Randolph Drive
                                                    Chicago, Illinois 60601
                                                    Telephone: (312) 861-2000
                                                    Facsimile: (312) 861-2200

                                                    *Counsel for Plaintiff Callpod, Inc.*

## CERTIFICATE OF SERVICE

I hereby certify that on February 27, 2008, a true and correct copy of the present **CALLPOD'S NOTICE OF DISMISSAL OF GN STORE NORD** was deposited in U.S. mail and sent via email to:

>Monty Agarwal, Esq.
>Aaron Samuel Schur, Esq.
>Hoddy Potter, Esq.
>BINGHAM MCCUTCHEN LLP
>Three Embarcadero Center
>San Francisco, CA 94111
>Telephone: (415) 393-2376
>Facsimile: (415) 393-2286
>Email: monty.agarwal@bingham.com
>aaron.schur@bingham.com
>hoddy.potter@bingham.com
>
>Terrence Patrick Canade, Esq.
>LORD BISSELL & BROOK
>111 South Wacker Drive
>Chicago, IL 60606
>(312) 443-1862
>Fax: (312) 896-6562
>Email: tcanade@lordbissell.com

      s/ Alison Aubry Richards
      Alison Aubry Richards

*Attorney for Plaintiff Callpod, Inc.*