Callpod, Inc.

                              Plaintiff,

v.                                          Case No.: 1:06−cv−04961
                                            Honorable Virginia M. Kendall

GN Netcom, Inc., et al.

                              Defendant.

---

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Wednesday, September 30, 2009:

      MINUTE entry before the Honorable Virginia M. Kendall:Plaintiff's motion to strike affidavit of Ilka Muller and accompanying exhbiits [281] is taken under advisement. Response is to be filed by 10/21/2009. Reply is to be filed by 10/28/2009. Court will rule by mail.Mailed notice(jms, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.