## UNITED STATES DISTRICT COURT
### FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.2.3
### Eastern Division

Callpod, Inc.
                          Plaintiff,

v.                                         Case No.: 1:06−cv−04961
                                            Honorable Virginia M. Kendall

GN Netcom, Inc., et al.
                          Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Tuesday, October 27, 2009:

      MINUTE entry before the Honorable Virginia M. Kendall: Motion hearing held. For the reasons stated in open court, all motions to strike (with the exception of the motion to strike the Miller affidavit) are denied. Advised in open court (jms, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.