# United States District Court
## Northern District of Illinois
### Eastern Division

| | |
|---|---|
| CALLPOD INC | **JUDGMENT IN A CIVIL CASE** |
| v. | Case Number: 06 C 4961 |
| GN NETCOM   INC et al | |

☐  Jury Verdict.  This action came before the Court for a trial by jury.  The issues have been tried and the jury rendered its verdict.

■  Decision by Court.  This action came to trial or hearing before the Court.  The issues have been tried or heard and a decision has been rendered.

IT IS HEREBY ORDERED AND ADJUDGED that summary judgment is entered in favor of plaintiff Callpod Inc.  and against defendants GN Netcom Inc.  et al on invalidity of the Claims of the '611 patent and in favor of defendants GN Netcom Inc.  et al and against plaintiff Callpod Inc on  Non-Infringement of the Claims of the '611 patent.  This action is dismissed in its entirety.

Michael W. Dobbins, Clerk of Court

Date: 3/29/2010                                 _____
                                                /s/ J. Smith, Deputy Clerk