# United States District Court

## Northern District of Illinois
Eastern Division

| | |
|---|---|
| CALLPOD INC | **AMENDED JUDGMENT IN A CIVIL CASE** |
| v. | Case Number: 06 C 4961 |
| GN NETCOM INC et al | |

☐ Jury Verdict. This action came before the Court for a trial by jury. The issues have been tried and the jury rendered its verdict.

■ Decision by Court. This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS HEREBY ORDERED AND ADJUDGED that summary judgment is entered in favor of defendants GN Netcom Inc. et al and against plaintiff Callpod Inc on Non-Infringement of the Claims of the '611 patent. This action is dismissed in its entirety.

Michael W. Dobbins, Clerk of Court

Date: 3/29/2010

_____

/s/ J. Smith, Deputy Clerk

Case 1:06-cv-04961   Document 333   Filed 03/30/10   Page 2 of 2