**UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | | |
|---|---|---|
| **CALLPOD, INC.,** | ) | |
| *Plaintiff,* | ) ) ) | Case Number: 06-CV-4961 |
| v. | ) ) ) | **DISTRICT JUDGE VIRGINIA KENDALL** |
| **GN NETCOM, INC., GN NETCOM, A/S, AND HELLO DIRECT, INC.,** | ) ) ) | MAGISTRATE JUDGE GERALDINE SOAT BROWN |
| *Defendants.* | ) ) ) | |

**PLAINTIFF CALLPOD INC.'S NOTICE OF APPEAL TO THE UNITED STATES
COURT OF APPEALS FOR THE FEDERAL CIRCUIT**

Notice is hereby given that Callpod, Inc., plaintiff in the above-captioned case, hereby appeals to the United States Court of Appeals for the Federal Circuit from the Amended Final Judgment entered in this case on March 30, 2010 (D.E. 333) "dismiss[ing this case] in its entirety," and from any and all other orders and rulings pertinent or ancillary to that Judgment, including but not limited to: (1) the District Court's Memorandum Opinion and Order construing claim terms entered on March 6, 2009 (D.E. 244); (2) the District Court's Memorandum Opinion and Order granting Defendants' Motion for Summary Judgment of Non-infringement entered on March 29, 2010 (D.E. 331); and (3) all prior adverse orders.

Payment in the amount of $455 is made concurrent with this notice, which includes the docket fee of the United States Court of Appeals for the Federal Circuit.

K&E 16562672.1

Dated: March 30, 2010  Respectfully submitted,

By: */s/ Jessica C. Kaiser*
Russell E. Levine, P.C. (#6193834)
**KIRKLAND & ELLIS LLP**
300 North LaSalle
Chicago, Illinois 60654
312.862.2000 (Telephone)
312.862.2200 (Facsimile)
russell.levine@kirkland.com

Jessica C. Kaiser (#6286530)
**KIRKLAND & ELLIS LLP**
655 15th Street, N.W.
Washington, DC 20005
202.879.5000 (Telephone)
202.879.5200 (Facsimile)
jessica.kaiser@kirkland.com

*Counsel for Plaintiff Callpod, Inc.*

## **CERTIFICATE OF SERVICE**

I hereby certify that on **March 30, 20010**, a true and correct copy of the foregoing document, **PLAINTIFF CALLPOD INC.'S NOTICE OF APPEAL TO THE UNITED STATES COURT OF APPEALS FOR THE FEDERAL CIRCUIT**, was electronically filed with the Court using the CM/ECF system which sent notification of such filing to the counsel of record identified below.  All documents required to be served by Fed.R.Civ.P. 5(a) have been served.

| | |
|---|---|
| Monty Agarwal, Esq.<br>Aaron Schur, Esq.<br>**ARNOLD AND PORTER**<br>275 Battery Street, 27th Floor<br>San Francisco, CA 94111-3305<br>Monty.Agarwal@aporter.com<br>Aaron.Schur@aporter.com | Terrence Patrick Canade<br>**LOCKE LORD BISSELL & BROOK**<br>111 S. Wacker Drive<br>Chicago, IL  60606<br>tcanade@lockelord.com |

Dated:  **March 30, 2010**         */s/ Jessica C. Kaiser*
                                                                   Jessica C. Kaiser (#6286530)
                                                                   **KIRKLAND & ELLIS LLP**
                                                                   655 15th Street, N.W.
                                                                   Washington, DC  20005
                                                                   202.879.5000 (Telephone)
                                                                   202.879.5200 (Facsimile)
                                                                   jessica.kaiser@kirkland.com

                                                                   *Counsel for Plaintiff Callpod, Inc.*

K&E 16562672.1