# UNITED STATES DISTRICT COURT
for the

Northern District of Illinois

| | |
|---|---|
| Callpod, Inc. <br> *Plaintiff* <br> v. <br> GN Netcom, Inc. et al <br> *Defendant* | Civil Action No. 6 c 4961 |

**JUDGMENT IN A CIVIL ACTION**

The court has ordered that *(check one)*:

☐ the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($ _____ ), which includes prejudgment interest at the rate of _____ %, plus postjudgment interest at the rate of _____ %, along with costs.

☐ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____.

X other:   The Court enters judgment pursuant to Rule 54(b) on Callpod's infringement claim. _____.

This action was *(check one)*:

☐ tried by a jury with Judge _____ presiding, and the jury has rendered a verdict.

☐ tried by Judge _____ without a jury and the above decision was reached.

X decided by Judge   Virginia M. Kendall   on a motion for   dismissal of defendant's invalidity counterclaim without prejudice or, alternatively, for entry of judgment under Rule 54(b).

Date:   Aug 19, 2010

Michael W. Dobbins, Clerk of Court

/s/ Tresa S. Abraham
Deputy Clerk