# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| CALLPOD, INC., ) | |
| ) | |
| *Plaintiff,* ) | Case Number: 06-CV-4961 |
| ) | |
| v. ) | DISTRICT JUDGE VIRGINIA M. KENDALL |
| ) | |
| GN NETCOM, INC., GN NETCOM, A/S, ) | MAGISTRATE JUDGE GERALDINE SOAT BROWN |
| AND HELLO DIRECT, INC., ) | |
| ) | |
| *Defendants.* ) | |

## JOINT STIPULATION OF VOLUNTARY DISMISSAL

The parties to this action, having entered into a Release and Settlement Agreement, hereby stipulate to the dismissal with prejudice of Callpod's claims in this action, any pending motions, and GN's Bill of Costs, and further stipulate to the dismissal without prejudice of GN's counterclaims in this action, pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure, with each party bearing its own costs, expenses, and attorneys' fees.

Dated:   May 4, 2011

| | |
|---|---|
| */s/ Monty Agarwal (with consent)* | */s/ Jessica C. Kaiser* |
| Monty Agarwal (#191568) | Russell E. Levine, P.C. (#6193834) |
| **ARNOLD & PORTER LLP** | Jessica C. Kaiser (#6286530) |
| One Embarcadero Center, 22nd Floor | **KIRKLAND & ELLIS LLP** |
| San Francisco, CA 94111 | 300 North LaSalle |
| 415.356.3000 (Telephone) | Chicago, Illinois  60654 |
| 415.356.3099 (Facsimile) | 312.862.2000 (Telephone) |
| Monty.Agarwal@aporter.com | 312.862.2200 (Facsimile) |
| | russell.levine@kirkland.com |
| | jessica.kaiser@kirkland.com |
| | |
| *Counsel for Defendants GN Netcom, Inc.,* | *Counsel for Plaintiff Callpod, Inc.* |
| *GN Netcom A/S, and Hello Direct, Inc* | |

## CERTIFICATE OF SERVICE

I hereby certify that on **May 4, 2011** a true and correct copy of the foregoing document, **JOINT STIPULATION OF VOLUNTARY DISMISSAL,** was electronically filed with the Court using the CM/ECF system which sent notification of such filing to the counsel of record identified below. All documents required to be served by Fed.R.Civ.P. 5(a) have been served.

|  |  |
|---|---|
| Monty Agarwal, Esq. | Terrence Patrick Canade |
| **ARNOLD AND PORTER** | **LOCKE LORD BISSELL & BROOK** |
| One Embarcadero Center, 22nd Floor | 111 S. Wacker Drive |
| San Francisco, CA 94111 | Chicago, IL 60606 |
| Monty.Agarwal@aporter.com | tcanade@lockelord.com |

Dated: **May 4, 2011**    */s/ Jessica C. Kaiser*

    Russell E. Levine, P.C. (#6193834)
    Jessica C. Kaiser (#6286530)
    **KIRKLAND & ELLIS LLP**
    300 North LaSalle
    Chicago, Illinois 60654
    312.862.2000 (Telephone)
    312.862.2200 (Facsimile)
    russell.levine@kirkland.com
    jessica.kaiser@kirkland.com

    *Counsel for Plaintiff Callpod, Inc.*