## UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois − CM/ECF LIVE, Ver 4.2
## Eastern Division

Callpod, Inc.
                                  Plaintiff,

v.                                                            Case No.: 1:06−cv−04961
                                                             Honorable Virginia M. Kendall

GN Netcom, Inc., et al.
                                  Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Friday, May 13, 2011:

       MINUTE entry before Honorable Virginia M. Kendall:Pursuant to the joint stipulation of voluntary dismissal, this case is hereby dismissed with prejudice of Callpod's claims in this action, any pending motions, and GN's Bill of Costs, and further stipulate to the dismissal without prejudice of GN's counterclaims in this action, pursuant to Rule 41(a)(1) of the FRCP, with each party bearing its own costs, expenses, and attorneys' fees. Civil case terminated. Mailed notice(tsa, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.