NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

2010-1511

CALLPOD, INC.,

Plaintiff-Appellant,

v.

GN NETCOM, INC., GN NETCOM A/S,
and HELLO DIRECT, INC.,

Defendants-Appellees.

Appeal from the United States District Court for the Northern District of Illinois in case no. 06-CV-4961, Judge Virginia M. Kendall.

ON MOTION

ORDER

Upon consideration of the parties' "Joint Dismissal Agreement," which the court treats as a joint motion to voluntarily dismiss this appeal from <u>Callpod, Inc. v. GN Netcom, Inc.</u>, case no. 06-CV-4961, (N.D.Ill),

IT IS ORDERED THAT:

(1) The motion is granted.

(2) Each side shall bear its own costs.

FOR THE COURT

MAY 09 2011
Date

Jan Horbaly
Clerk

cc: Russell E. Levine, Esq.
Monty Agarwal, Esq.

ISSUED AS A MANDATE: MAY 09 2011
m2

FILED
U.S. COURT OF APPEALS FOR
THE FEDERAL CIRCUIT

MAY 09 2011

JAN HORBALY
CLERK